## ROBERTS v. CONVERSE *et al.*

No. 2766.   Opinion Filed April 4, 1913.

(131 Pac. 539.)

**JUSTICES OF THE PEACE—Appeal Bond—Right to Amend.** Where a bond given on appeal from justice court is correct in every respect, except that the statutory words "to prosecute without delay" are omitted from the condition, it is error to refuse leave to correct the error by filing a new bond conditioned as required by law.

(Syllabus by Rosser, C.)

*Error from Roger Mills County Court;*
*E. E. Tracey, Judge.*

Action by C. C. Roberts, Jr., against R. V. Converse and another. From a judgment of the county court refusing plaintiff leave to file an appeal bond on appeal from justice court, and from dismissal of the appeal, plaintiff brings error. Reversed and remanded.

*T. L. Turner,* for plaintiff in error.

Opinion by ROSSER, C.   This appeal is from an order of the county court dismissing an appeal for the reason that the appeal bond was defective.

The facts of this case are almost identical with the facts in the case of *Spaulding Mfg. Co. v. Roff,* 34 Okla. 309, 125 Pac. 727.   It was held that it was the duty of the court to permit an appeal bond to be corrected or amended, as provided in section 6394, Comp. Laws 1909.   The decision in that case is controlling in the present case, and has been followed in a number of other cases in this court. See *C., R. I. & P. Ry. Co. v. Moore,* 34 Okla. 199, 124 Pac. 989; *Spaulding Mfg. Co. v. Witter,* 34 Okla. 313, 125 Pac. 729.

Upon the authority of those cases, this case must be reversed and remanded, with instructions to the county court of

Roger Mills county to permit the plaintiff in error to file an amended appeal bond and to proceed with the trial of the case in regular course.

By the Court: It is so ordered.